UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MAGDA GAVILLAN,

        Plaintiff,

v.   Case No. 6:20-cv-1598-JRK

KILOLO KIJAKAZI,
Acting Commissioner of Social
Security,

        Defendant.

# O R D E R

    This cause is before the Court on Plaintiff's Unopposed Motion for Attorney's Fees Pursuant to the Equal Access to Justice Act and Memorandum in Support (Doc. No. 41; "Motion"), filed June 13, 2022. In the Motion, Plaintiff seeks an award of attorney's fees pursuant to the Equal Access to Justice Act ("EAJA") in the amount of $7,981.97, plus reimbursement of the filing fee in the amount of $400.00. Motion at 1; see also Affirmation (Doc. No. 41-3) at 4. Defendant does not oppose the relief requested. See Certificate of Conference Pursuant to Local Rule 3.01(g) (Doc. No. 41-6).

    According to the Motion and supporting documentation, Plaintiff's counsel expended a total of 42.20 hours in the representation of Plaintiff before the Court: 38.3 hours by counsel of record Gabrielle B. Saint Charles, and 3.9

hours by counsel Charles E. Binder, who is not counsel of record and is not a member of this Court's bar. Motion at 1; Itemization of Services Rendered (Doc. No. 41-4). Plaintiff requests an hourly rate of $203.94 for work performed in 2020, $214.29 for work performed in 2021, and $229.56 for work performed in 2022. Affirmation at 4. Plaintiff is seeking a higher hourly rate than the $125 specified by statute based on the increase in the cost of living since 1996, when the attorney's fee rate was last adjusted by Congress. See 28 U.S.C. § 2412(d)(2)(A) (permitting fee awards at rates higher than $125 per hour upon the Court's determination that cost of living has increased).

Multiplying the requested hourly rates by the hours expended results in more than $9,000 in fees. However, the parties agreed to a requested fee amount of $7,981.97 "to avoid litigating the fee issue in this case." Affirmation at 4. Taking into account the parties' agreement and upon review of the expended hours and requested amount, the Court finds the requested amount of $7,981.97 to be reasonable and awards it.[1]

Plaintiff also requests reimbursement of $400.00 in costs expended for the filing of the Complaint (Doc. No. 1). Motion at 1. Defendant does not oppose

---

[1] In light of the parties' agreement to lower the requested amount of fees, the Court need not determine whether a cut in Mr. Binder's hourly rate—who is not counsel of record—is necessary here.

this request, and the Court finds it to be appropriate. See 28 U.S.C. §§ 1920, 2412(a)(1).

Plaintiff has assigned her rights to any entitlement of attorney's fees due under the EAJA to her counsel. See U.S. District Court Retainer and Assignment (Doc. No. 41-5). Regarding the assignment, Plaintiff represents the following:

> Any payment shall be made payable to Plaintiff and delivered to Plaintiff's counsel, Charles E. Binder, unless Plaintiff does not owe a federal debt. If the United States Department of Treasury determines that Plaintiff does not owe a federal debt the government may, in its discretion, accept Plaintiff's assignment of EAJA Fees and pay fees directly to Plaintiff's counsel.

Motion at 3-4.

Upon due consideration, it is

**ORDERED**:

1. Plaintiff's Unopposed Motion for Attorney's Fees Pursuant to the Equal Access to Justice Act and Memorandum in Support (Doc. No. 41) is **GRANTED**.

2. The Clerk of Court is directed to enter judgment in favor of Plaintiff and against Defendant for attorney's fees in the amount of $7,981.97 pursuant to 28 U.S.C. § 2412(d), and for costs in the amount of $400.00 pursuant to 28 U.S.C. § 2412(a)(1).

3. The Commissioner may exercise the discretion to honor Plaintiff's assignment of fees to counsel if the U.S. Department of Treasury determines that Plaintiff does not owe a debt to the U.S. Government.

**DONE AND ORDERED** in Jacksonville, Florida on October 28, 2022.

*James R. Klindt*
JAMES R. KLINDT
United States Magistrate Judge

kaw
Copies to:
Counsel of Record